## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:19-cv-01295 |
| | ) | |
| JOHN DOE subscriber assigned IP address | ) | Judge John Robert Blakey |
| 73.209.246.230, | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff, Strike 3 Holdings, LLC, by and through its current counsel and proposed new counsel, move this Court for leave to withdraw the appearance of Marc C. Smith of Fox Rothschild LLP and to substitute Timothy R. Herman of Clark Hill PLC as counsel pursuant to L.R. 83.17. In support of its motion, Plaintiff states as follows:

1.      Attorney Marc C. Smith of Fox Rothschild LLP, 353 North Clark Street, Suite 3650 Chicago, Illinois 60654 has appeared on behalf of Plaintiff in this matter.

2.      Plaintiff has decided to retain Timothy R. Herman of Clark Hill PLC, 130 East Randolph Street, Suite 3900, Chicago, Illinois 60601, in place of Mr. Smith. Accordingly, Plaintiff has filed this Motion.

3.      Upon leave of this Court, Mr. Herman will file appearance on behalf of Plaintiff.

4.      Mr. Herman is admitted to practice before this Court and is a member in good standing of the Bar of the State of Illinois.

5.      No trial date has been set for this matter and thus granting this Motion will not prejudice any party or cause any undue delay.

6.      Proposed counsel for Plaintiff has conferred with Plaintiff's current counsel, and current counsel does not oppose this Motion.

WHEREFORE, Plaintiff, Strike 3 Holdings, LLC, respectfully requests that this Court enter an order granting Plaintiff's Unopposed Motion for Withdrawal and Substitution of Counsel.

Dated:  May 1, 2019                          Respectfully submitted,


FOX ROTHSCHILD LLP                    CLARK HILL PLC

By:  /s/ Marc C. Smith                         By: /s/ Timothy R. Herman
Marc C. Smith, Esq. (6189574)          Timothy R. Herman (6301721)
mcsmith@foxrothschild.com              therman@clarkhill.com
353 N. Clark Street, Suite 3650          130 E. Randolph St., Suite 3900
Chicago, Illinois 60654                      Chicago, Illinois 60601
Tel:  (312) 517-9200                          Tel: (312) 985-5950
Fax:  (312) 517-9201                          Fax: 312) 985-5574
www.foxrothschild.com                      https://www.clarkhill.com